# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2714
_____

THOMAS GLASS,

Appellant,

v.

TISHEBA JONES,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Franklin F. Akel, Judge.

February 6, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Thomas Glass, pro se, Appellant.

No appearance for Appellee.